Jacob Nathaniel Vander Weken
*(full name/prisoner number)*
ISCC P.O. BOX # 70010
BOISE ID 83707.

*(complete mailing address)*

U.S. COURTS
JUN 12 2025
Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

Jacob Nathaniel Vander Weken,
*(full name)*
   Plaintiff,

v.

Ty Davis (ISCI Warden) Martinez
(ISCI Deputy Warden) c/o Vaughn
(ISCI c/o) Tomlinson (ISCI VSC)
c/o Somers (chapel c/o) Borosso (ISCI VSC)

   Defendant(s).

*(if you need additional space, use a blank page for a continuation page)*

Case No.
*(to be assigned by Court)*

**PRISONER COMPLAINT**

Jury Trial Requested: ☒ Yes    ☐ No

## A. JURISDICTION

The United States District Court for the District of Idaho has jurisdiction over my claims under: *(check all that apply)*:

☒ 42 U.S.C. § 1983 *(applies to state, county, or city defendants)*
☐ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 *(applies to federal government defendants only)*
☐ Other federal statute *(specify)* _____; or diversity of citizenship.
☐ I also ask the federal court to exercise supplemental jurisdiction over state law claims.

## B. PLAINTIFF

My name is Jacob Nathaniel Vander Weken I am a citizen of the State of Idaho, presently residing at ISCC P.O. BOX 70010 BOISE ID 83707.

PRISONER COMPLAINT - p. 1            *(Rev. 10/24/2011)*

## D. PREVIOUS OR PENDING LAWSUITS

I have pursued or am now pursuing the following other lawsuits: *(include (1) all lawsuits in state or federal court related to the subject matter of this action, and (2) any federal court civil rights lawsuits, related or unrelated, and note whether you have received a strike under 28 U.S.C. § 1915(g) for filing a complaint that is frivolous, malicious, or fails to state a claim upon which relief can be granted.)*

| Court | Case No. | Case Name | Status of Case | Strike? |
|-------|----------|-----------|----------------|---------|
|       |          |           |                |         |
|       |          |           |                |         |
|       |          |           |                |         |

## E. REQUEST FOR APPOINTMENT OF ATTORNEY

I do ☒ do not ☐ request that an attorney be appointed to represent me in this matter. I believe that I am in need of an attorney for these particular reasons which make it difficult for me to pursue this matter without an attorney:

*I'm unexpeirenced in law and do not know how to present my case. I require help from someone who is licensed.*

## F. DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury:

that I am the plaintiff in this action, that I have read the complaint, and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621; and

that I deposited this complaint postage prepaid in a United States postal depository unit on _____ *(date)*; OR that I gave the complaint to prison officials for mailing and filing with the Clerk of Court under the indigent inmate policy on _____ *(date); OR (specify other method)* _____.

Executed at *ISCC P.O. Box 70010 Boise ID* on _____.
   *(Location)*                                         *(Date)*

_____
Plaintiff's Original Signature

*Note: Fill in the page numbers. Keep one copy of the complaint for yourself (or you may send a copy to the Clerk of Court with your original complaint so that the Clerk can stamp the date and case number on the copy and return it to you), but do not send extra copies of the complaint to the Court for Defendants or otherwise. Do not attach original exhibits to your complaint, such as your only grievance copy. Do not attach more than 25 pages of exhibits. If you have more exhibits, wait until the Court determines you can proceed and then seek leave to file them for an appropriate purpose. After your complaint has been filed, it must be reviewed by a federal Judge to determine whether you can proceed.*

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing _Ty Davis_, who was acting as _Warden of ISCI_
   (defendant)                                              (job title, if a person; function, if an entity)

   for the _Idaho State Correctional Institution._
   (state, county, city, federal government, or private entity performing a public function)

2. *(Factual Basis of Claim)* I am complaining that on _05/07/25 & 04/17/25_, Defendant did
   (dates)

   the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
   Allowed D.W. Martinez & the facility move coordinator to move me out of retaliation because I attempted to raise issues by Concern form addressed to "Deputy Warden Martinez" that staff at the facility (ISCI) were harassing me by making sexual comments, targetting me and retaliating because I would address issues that were happening and they would tell me I couldnt sit in certain areas of chapel or I was "to close" to someone and needed to move.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
   First amendment - Retaliation claims and the right to be free from cruel and unusual punishment as well with discrimination.

4. I allege that I suffered the following injury or damages as a result:
   My mental health was affected because I had been moved 9 times in 1 year and I finally got adjusted to my unit and my mental health was good. Now im uncomfortable at this facility and I'm not sleeping well at night. The night I was told to move I was up till 12AM the following night.

5. I seek the following relief: _I would want an order put in that based on the facts presented I be moved back to ISCI._

6. I am suing Defendant in his/her ☐ personal capacity *(money damages from Defendant personally)*, and/or ☒ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☐ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. ☒ Yes ☐ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted. _Yes, on April 1st 2025 I filed a grievance to which was denied about staff harassing me._

PRISONER COMPLAINT - p. 2                                              *(Rev. 10/24/2011)*

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing **Deputy Warden-Martinez**, who was acting as **Deputy Warden - ISCI**
   *(defendant)* *(job title, if a person; function, if an entity)*

   for the **Idaho State Correctional Institution.**
   *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on **4/17/25, 4/18/25, 04/01/25, 5/07/25**, Defendant did
   *(dates)*

   the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*: Retaliated against me for addressing my concerns about how staff were treating me and I wrote "Martinez" on 4/17/25 to which threatened to "move me" and "look at new housing" after I wrote saying I needed to talk to him about these issues and on 05/07/25 I was "sent from ISCI to ISCC" which I have both concern forms one saying "theres nothing to talk about I can just move you to ISCC." which I was moved 2 weeks later. He transferred me and used that as a form of retaliation for excersing my right to be free from cruel and unusual punishment as well w/ harassment.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
   Fourteenth Amendment - due process claim and Negligence to his act that caused negligence. Transfer and classification claim for retaliation.

4. I allege that I suffered the following injury or damages as a result:
   I did not feel safe going to Martinez. I was mentally/emotionally affected because prison officials are people you can go to about issues and trust to listen he did not do any of that. I didnt feel comfortable bring issues up anymore because he would of retaliated again which led me to just "deal" w/ the issues.

5. I seek the following relief: Im requesting that in mental and emotional damages I be paid $50,000 and as part of the relief I be placed back @ ISCI.

6. I am suing Defendant in his/her ☐ personal capacity *(money damages from Defendant personally)*, and/or ☒ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☐ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. ☒ Yes ☐ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted. Yes, same thing it was returned without action and denied. Date: 04/01/25

PRISONER COMPLAINT - p. 2                                            *(Rev. 10/24/2011)*

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing **C/o Vaughn** (defendant), who was acting as **Correctional officer** (job title, if a person; function, if an entity)

   for the **Idaho State Correctional Institution.** (state, county, city, federal government, or private entity performing a public function)

2. *(Factual Basis of Claim)* I am complaining that on **03/08/2025** (dates), Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:

   On 03/08/25 C/o Vaughn wrote me a Class-B Disobeidence to orders (DOR) - Disciplinary offense Report because of my (left)-Ankle Injury because when I was going to breakfast @ 7:28AM it was cold out and it affected me causing pain so I walked slower than others. He told me to walk "faster" else he would write me a "DOR" and I kept my normal pace. C/o Bulzomi asked why I was walking slow and I said "because of my ankle Injury" which she reported to Vaughn who then went on to say his opinion how he "never personally saw me limping - etc. He continued to watch me all the way back to my Unit and again make Comments In his DOR how he was so focused on my Speed.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:

   Violated the (ADA Disability Act) by discriminating against me for a medically noted Injury.

4. I allege that I suffered the following injury or damages as a result:

   When he told me to walk faster as I came out of pendyne I had no chose but to walk faster which caused me severe pain sharp pains in my ankle and pain in my knee because of how fast I walked which I had to see sickcall on 03/09/25 to have a knee brace ordered.

5. I seek the following relief: I want IDOC/state to pay $100,000 in damages physically and emotionally.

6. I am suing Defendant in his/her ☐ personal capacity *(money damages from Defendant personally)*, and/or ☒ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☐ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. ☒ Yes ☐ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted. Yes → 04/01/25 denied.

PRISONER COMPLAINT - p. 3                                                                (Rev. 10/24/2011)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing **VSC Tomlinson**, who was acting as **Volunteer Service Coordinator**
   (defendant)                                        (job title, if a person; function, if an entity)

for the **Idaho State Correctional Institution - (CHAPEL)**
(state, county, city, federal government, or private entity performing a public function)

2. *(Factual Basis of Claim)* I am complaining that on **04/16/25 Response 04/22/25**, Defendant did
   (dates)

the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
I was attending chapel services on 04/16/25 "A06" @2pm In chapel and I went to Chapel library to obtain a updated "Chapel library schedule." VSC Tomlinson came inside library and told me and my friend Chad to go to chapel office. He told us that "as of today you are not allowed to sit next to eachother" and we were being "disruptive," which the rule states we can "talk" as long as our voices are low. He also said that we would not ever be allowed to go to chapel anymore and that he could "permanently" kick us out. I told him that he can't do that and thats illegal to which he said "I can do what I want" and walked away and said "Morons" to me and Chad Johnson.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
First amendment - Religion claim and retaliation claim. The right to freedom of religion and access to religious services and clergy. AND Title 42 U.S.C 2000cc

4. I allege that I suffered the following injury or damages as a result:
My religious practice was infringed on and interrupted by his actions. I was threatened which made me fear that I would lose access to chapel. I was put through unwanted stress and harassment which caused headaches and chest pain for 2 hrs.

5. I seek the following relief: **$50,000 in emotional and mentally stress due to his actions EACH time I went to chapel and was harassed.**

6. I am suing Defendant in his/her ☐ personal capacity *(money damages from Defendant personally)*, and/or ☒ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☐ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
   ☐ Yes ☒ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted. No because I intended to drop it and move on up until he continued to say I wasnt allowed to sit in certain areas, ect.

PRISONER COMPLAINT - p. **4**                                                      (Rev. 10/24/2011)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing **C/O Somers - E488** (defendant), who was acting as **Correctional officer - chapel** (job title, if a person; function, if an entity)

   for the **Idaho State Correctional Institution - chapel** (state, county, city, federal government, or private entity performing a public function).

2. *(Factual Basis of Claim)* I am complaining that on **03/24/25, 04/01/25** (dates), Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:

   On 03/24 and 04/01/25 c/o Somers targetted and maliciously harassed me on a frequent basis each time I went to chapel services. Me and my friend Chad Johnson who is transgender would sit next to eachother and attend chapel 7 days a week 1-2 services a day. We would talk about the service and read the bible during service to witt Somers would enter the Sanctuary and yell at us to "Seperate" because we were to close which we werent. The rule says "No physical contact." We never made contact. He would interfere w/ our service distracting us and harass us. He made threats to "write me up" "Seperate us on different sides of the chapel" and this harrassment went on till I was finally moved on 05/01/25.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:

   1st Amendment and 1st Amendment retaliation claims Title 42 U.S.C 2000cc because it pertains to religous practice.

4. I allege that I suffered the following injury or damages as a result:

   I was threatened both by Somers and Tomlinson to be kicked out of Chapel which put a Burden on me being able to practice my religion. I had to fear each time I went to the chapel I would be harassed about something. This caused unneeded stress and mental issues by not being able to practice.

5. I seek the following relief: **He be put on a month suspension and I be granted $50,000 in damages.**

6. I am suing Defendant in his/her ☐ personal capacity *(money damages from Defendant personally)*, and/or ☒ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☐ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. ☐ Yes ☒ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted. **No because I feared I would be retaliated against and never allowed in chapel again if I did this**

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing __Chaplain Borosso__, who was acting as __Chaplain__
   *(defendant)* *(job title, if a person; function, if an entity)*

   for the __Idaho State Correctional Institution.__
   *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on __04/17/25, & again 04/17/25__, Defendant did
   *(dates)*

   the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
   On the above dates I addressed 2 Concern forms out to Borosso one being that he cant deny me religious services and kick me out of the chapel for talking about religious stuff, and the other how I have been signing up for classes and my name is not being placed on the callout.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
   Freedom of speech and (RLUIPA ACT) and First amendment - Religious Claims

4. I allege that I suffered the following injury or damages as a result:
   As to the same w/ Sumers & Tomlinson I take my religion seriously and being threatened to not be able to attend chapel caused a unwanted burden of mental issues, I contiplated if I should quit attending anymore. and I was put through emotional pain because a chapel is a place where you can feel safe and I didn't.

5. I seek the following relief: I want this issue to be held accountable by ISCI and to be paid $20,000 for what he did to me.

6. I am suing Defendant in his/her ☐ personal capacity *(money damages from Defendant personally)*, and/or ☒ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☐ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. ☐ Yes ☒ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted. No because I was moved and unable to.