Jacob Nathaniel Vander Weken
Full Name/Prisoner Name
IDOC No. 146566
P.O. Box #70010 ISCI
Boise ID 83707

Complete Mailing Address

U.S. COURTS

JUN 1 2 2025

Rcvd_____ Filed_____ Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

# UNITED STATES DISTRICT COURT FOR THE STATE OF IDAHO.

Jacob Nathaniel Vander Weken, )
            Plaintiff/Petitioner, )
                                  )   Case No. _____
vs.                               )
Ty Davis (Warden ISCI) Martinez   )   **AFFIDAVIT OF**
(Deputy Warden) c/o Vaughn (ISCI c/o) )
Tomlinson (VSC) c/o Somers (chapa c/o), )  Support of prisoner Complaint
Barosso (VSC)                     )
            Defendant/Respondent. )
                                  )

Jacob N. Vander Weken, after first being duly sworn upon his/her oath, deposes and says as follows: I am not exactly sure how to do this complaint. I did it to the best of my ability and I may need an attorney to correct some stuff. Note: I have all my evidence pertaining to this issue: Grievances, Concern forms, ect. I need an attorney so I can give this to them to attach to my complaint. Please grant me an attorney because I'm unexpeirinced at law

AFFIDAVIT OF Support of prisoner Complaint - pg. 1
Revised 3/24/16

and have no Idea what to do and how to put together this Complaint accurately.

Further your affiant sayeth naught.

DATED This _____ day of _____, 20___.

_____
Signature

## CERTIFICATION UNDER PENALTY OF PERJURY

I certify under penalty of perjury pursuant to the law of the State of Idaho that the foregoing is true and correct.

Date:_____

Jacob N. Vander Weken
Typed/Printed

_____
Signature

AFFIDAVIT OF Support of prisoner Complaint pg. 2
Revised 3/24/16

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on the _____ day of _____ 20____, I mailed a true and correct copy of the AFFIDAVIT _Support of prisoner Complaint._ via prison mail system for processing to the U.S. mail system to:

United States District Court for Idaho.
550 W. Fort Street Suite 400
Boise ID 83724

_____
Signature

AFFIDAVIT OF _Support of prisoner Complaint_ pg. _3_
Revised 3/24/16